**92–440.** Bank One, Columbus, N.A. v. O'Brien. *Franklin County,* Nos. 91AP–166 and 91AP–441. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., not participating.

**92–459.** State v. Sherrills. *Cuyahoga County,* No. 60294. On request for sanctions. *Sua sponte,* cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–563.** State ex rel. Brown v. Capots. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–635.** Sherrills v. Fuerst. *Cuyahoga County,* No. 63324. On request for sanctions and motion to expand record. *Sua sponte,* cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–706.** State ex rel. Fears v. Ohio Dept. of Corr., Bureau of Records. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.